**IN RE** Ojadidi, Jacque Ch _____    Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP | AGE |
|  |  |  |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Computer - Tech Officer** |  |
| Name of Employer | **C-Web** |  |
| How long employed | **Active Since 1/2005** |  |
| Address of Employer | **2201 Selby Ave** <br> **Los Angekes, CA** |  |

|  | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) |  |  |
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 3,000.00 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 3,000.00 | $ |
| LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and Social Security | $ 600.00 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| _____ | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 600.00 | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,400.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance |  |  |
| (Specify) _____ | $ | $ |
| _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income |  |  |
| (Specify) _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 2,400.00 | $ |

**TOTAL COMBINED MONTHLY INCOME** $ 2,400.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)**